# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2614
LT Case No. 2022-CF-011231-A

_____

DOMINIQE RIVERA-PHILLIP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Evan Altes,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda Bosman,
Assistant Attorney General, Tallahassee, for Appellee.

October 21, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____